[No. 31881-4-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY FRANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-01706-1, Katherine M. Stolz, J., entered June 18, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 31922-5-II. Division Two. November 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANTI PAUL BURR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03880-8, Rosanne Buckner, J., entered June 28, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 31968-3-II; 32841-1-II; Division Two. November 1, 2005.]
31092-9-II.

THE STATE OF WASHINGTON, *Respondent*, v. AUNDRE HERRON, *Appellant*.

Appeals from a judgment of the Superior Court for Pacific County, No. 92-1-00196-7, Joel M. Penoyar, J., entered June 25, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 32012-6-II. Division Two. November 1, 2005.]

JOHN SOMARAKIS, *Appellant*, v. CHARLIE M. RICKS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-04362-7, Barbara D. Johnson, J., entered July 15, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J. Pro Tem.